| From: | Spencer K. Sullivan <SKSULLIVAN@UMC.EDU> |
|---|---|
| Sent: | Thursday, July 10, 2014 2:23 PM |
| To: | Jacobsen-Tews, Lorilyn |
| Subject: | Re: Dr. Sullivan MRA Transfer to UMMC |

By the end of next week, if not sooner.

==So far very pleased with MS and my new job.==

Thank you,
Spencer

Spencer K. Sullivan, MD
Assistant Professor of Pediatrics
Pediatric Hematology/Oncology
The University of Mississippi Medical Center
2500 N. State Street
Jackson, MS 39216

Tel: (601) 815-9012
Fax: (601) 984-5279

---

**From:** <Jacobsen-Tews>, Lorilyn <Lorilyn.Jacobsen-Tews@bcw.edu>
**Date:** Wednesday, July 9, 2014 at 11:39 AM
**To:** Spencer Sullivan <sksullivan@umc.edu>
**Subject:** RE: Dr. Sullivan MRA Transfer to UMMC

Thank you, Spencer. Do you have a target date for submitting it, so we can add it to our calendars and remember to keep an eye out for it?

Good luck with the move – I'm sure it's been a stressful time, but hopefully a great opportunity for you and your family.

Take care,

Lori

Lorilyn Jacobsen-Tews
Grant Development Coordinator
Hemostasis and Thrombosis Research Society (HTRS)
BloodCenter of Wisconsin
8733 Watertown Plank Road
Milwaukee, WI  53226-3548
(414) 937-6568
Fax:  (414) 937-3864
Lorilyn.Jacobsen-Tews@bcw.edu
htrs@bcw.edu
www.htrs.org

**Exhibit 5**

| From: | Spencer K. Sullivan <SKSULLIVAN@UMC.EDU> |
|---|---|
| Sent: | Wednesday, August 20, 2014 1:24 PM |
| To: | Rick Barr |
| Subject: | Re: Research |

Ps I'm happy to be here too.
Spencer

**From:** Rick Barr <FBarr@umc.edu>
**Date:** Wednesday, August 20, 2014 at 1:13 PM
**To:** Spencer Sullivan <sksullivan@umc.edu>
**Cc:** "Gail C. Megason" <gmegason@umc.edu>, "Omar A. Abdulrahman" <oabdulrahman@umc.edu>, Abhay Bhatt <abhatt@umc.edu>, Norma Ojeda <nojeda@umc.edu>
**Subject:** Research

Spencer,
Wanted to touch base with you about your research. I was really impressed with your research talk you gave to the heme-onc division during your interview and wonder if you could give the same talk with updates at our Discovery lecture series? I was particularly impressed how you took a complex topic and distilled it into a format even a critical care guy could understand. Think it would be helpful to stimulate collaboration ideas as well. Abhay and Norma can help coordinate that.
Also wanted to see if you had met with Omar yet to set up a mentorship and a research advisory committee for you.
So glad you are here.
Thanks
Rick

```
Frederick E. (Rick) Barr, MD MSc
Suzan B Thames Professor and Chair of Pediatrics
Children's of Mississippi/ Batson Children's Hospital
University of Mississippi Medical Center
2500 North State Street
Jackson, MS 39216
(601) 984-5214
```
fbarr@umc.edu

| | |
|---|---|
| **From:** | Spencer K. Sullivan <SKSULLIVAN@UMC.EDU> |
| **Sent:** | Wednesday, September 24, 2014 10:50 PM |
| **To:** | Guy B. Giesecke; Rick Barr |
| **Cc:** | Gail C. Megason |
| **Subject:** | our meeting |

Hi guys,

It was good to meet with you today. I think as I learn more about how things are billed and paid on both the inpatient and outpatient side I can help optimize revenue from the coag lab. ==I have no doubt we will provide excellent service and patient care.==

Regards,
Spencer

| From: | Spencer K. Sullivan <SKSULLIVAN@UMC.EDU> |
|---|---|
| Sent: | Tuesday, October 21, 2014 10:52 PM |
| To: | Weiss, Mitch |
| Subject: | RE: JAM LOR |

So far so good. We have a good group and my family is enjoying Jackson. How are you and Kim doing in Memphis?

I think Jay would be an excellent choice. I worked side by side with him for two years. He is productive, efficient, and takes a tremendous amount of pride in his work.

See you at ASH?

Spencer

Assistant Professor of Pediatrics
Division of Pediatric Hematology/Oncology University of Mississippi Medical Center
2500 N. State Street
Jackson, MS 39216

Tel: (601) 815-9012
Fax: (601) 984-5279
Cell: (601) 863-9764

_____

From: Weiss, Mitch [Mitch.Weiss@STJUDE.ORG]
Sent: Tuesday, October 21, 2014 8:58 AM
To: Spencer K. Sullivan
Subject: Re: JAM LOR

Thanks Spencer
How are things in your new job?
What is your new contact info?
See below for mine?

Do you think that Jay would be good to run our small iPSC core?

_____

Mitchell J. Weiss, MD, PhD
Member and Chair, Department of Hematology Arthur Nienhuis Endowed Chair in Hematology
St. Jude Children's Research Hospital
262 Danny Thomas Place, MS #355
Memphis, TN 38105
mitch.weiss@stjude.org
phone: 901 595-2051

| From: | Spencer K. Sullivan <SKSULLIVAN@UMC.EDU> |
|---|---|
| Sent: | Friday, November 7, 2014 10:39 AM |
| To: | Gail C. Megason |
| Subject: | FW: Second Inerview |

Full disclosure. I like him (I think you have to be a little OCD to do what we do), but I also want us to get the right person.

Spencer

---

**From:** Spencer Sullivan <sksullivan@umc.edu>
**Date:** Friday, November 7, 2014 at 10:37 AM
**To:** "buhtoiai@mskcc.org" <buhtoiai@mskcc.org>
**Subject:** Re: Second Inerview

Hi Ilia,

Congratulations on getting a second interview. I am happy to hear you are coming back for another look.

I think your interest is solid tumor, but we are really looking for someone to help with the transplant program, in addition to doing general oncology. If you feel like you can develop a passion for transplant, you should communicate this to Dr. Megason on your next visit. If you are not interested in transplant, you should also communicate that to Dr. Megason. ==This medical center and Mississippi are great places,== but you don't want to be miserable doing something you don't like doing.

I will let you know if my wife here's anything. Keep in touch. I'm happy to hear from you.

Best,
Spencer

---

**From:** "buhtoiai@mskcc.org" <buhtoiai@mskcc.org>
**Date:** Thursday, November 6, 2014 at 6:43 PM
**To:** Spencer Sullivan <sksullivan@umc.edu>
**Subject:** Fwd: Second Inerview

Spencer, good evening.

Well, it happened, - Dr. Megason formally invited me to come for second interview. Please find her email below... I am comfortable to share it with you as you went through all this a year ago. If you have any recommendations or advices, I would be truly grateful to get them.

As you can see, Dr. Megason now speaks about my wife. Of course, I will be happy to send my wife's CV to her. I am not sure but you might have exchange few words with your wife about annoying me... Did your wife have a chance to hear anything at her division? I just wonder... My wife will be pulling up all strings and asking her fellowship program director to call Dr. Lage and maybe somebody else from the pathology department. Please advise. We would like to give it our best shot.

Spencer, I am feeling very uneasy about sending you all these emails, but at the same time I realize that this is once in the lifetime opportunity for us to find the job together. I apologize for my OCD-like behavior in advance. In a real life I am much more patient and just self-confident.

I look forward to hearing from you. Thanks a lot in advance.