| | |
|---|---|
| **From:** | Spencer K. Sullivan <SKSULLIVAN@UMC.EDU> |
| **Sent:** | Wednesday, June 15, 2016 1:07 PM |
| **To:** | Kathryn S. Stevens; Linnea E. Mcmillan |
| **Subject:** | patient info |
| **Attachments:** | BleedingDisorderPatientList2016.xlsx |

Hi guys,

Can one of you update/complete the highlighted fields in yellow? Add weight in kilograms. When finished, forward to Rachel to update insurance information.

Let me know who's here today.

Thank you,
Spencer

Spencer Sullivan, MD
Assistant Professor of Pediatrics and Medicine
Division of Pediatric Hematology/Oncology
The University of Mississippi Medical Center
2500 N. State Street
Jackson, MS 39216

Tel: (601) 815-9012
Fax: (601) 984-5279

1

**Exhibit 29**

| | |
|---|---|
| From: | Spencer K. Sullivan <SKSULLIVAN@UMC.EDU> |
| Sent: | Thursday, June 16, 2016 10:37 AM |
| To: | Kathryn S. Stevens; Linnea E. Mcmillan |
| Cc: | Rachel L. Henderson; Spencer K. Sullivan |
| Subject: | RE: patient info |
| Attachments: | BleedingDisorderPatientList2016.xlsx |

Hi guys,

We should probably add phone numbers as well. I updated the list. sorry I forgot.

spencer

Spencer Sullivan, MD
Assistant Professor of Pediatrics and Medicine
Division of Pediatric Hematology/Oncology
The University of Mississippi Medical Center
2500 North State Street
Jackson, MS 39216

Tel: (601) 815-9012
Fax: (601) 984-5279

---

**From:** Spencer K. Sullivan
**Sent:** Wednesday, June 15, 2016 1:07 PM
**To:** Kathryn S. Stevens; Linnea E. Mcmillan
**Subject:** patient info

Hi guys,

Can one of you update/complete the highlighted fields in yellow? Add weight in kilograms. When finished, forward to Rachel to update insurance information.

Let me know who's here today.

Thank you,
Spencer

Spencer Sullivan, MD
Assistant Professor of Pediatrics and Medicine
Division of Pediatric Hematology/Oncology
The University of Mississippi Medical Center
2500 N. State Street
Jackson, MS 39216

Tel: (601) 815-9012
Fax: (601) 984-5279

| | |
|---|---|
| **From:** | Rachel L. Henderson <RHENDERSON@UMC.EDU> |
| **Sent:** | Friday, July 1, 2016 11:30 AM |
| **To:** | Kathryn S. Stevens |
| **Subject:** | PATIENT LIST |
| **Attachments:** | Copy of BleedingDisorderPatientList2016 - Pt info chart.xlsx |

Rachel Henderson, MS, NCC
University of Mississippi Medical Center
Clinic for Bleeding and Clotting Disorders
350 W. Woodrow Wilson Drive, Suite 3440
Jackson, MS 39213
Phone: (601) 984-2710  Fax: (601) 815-5860

July 1, 2016 (11:30 a.m.)
Email from Rachel L. Henderson to Kathryn S. Stevens



| | |
|---|---|
| **From:** | Kathryn S. Stevens |
| **Sent:** | Friday, July 1, 2016 3:11 PM |
| **To:** | Todd Dear; Gwendolyn F. Thompson |
| **Cc:** | Rachel L. Henderson |
| **Subject:** | revised adult list |
| **Attachments:** | ADULT BDC PT.xlsx |

Hey! I had not saved my document when I sent that last email, so I think Richard McNeal got left off.


Sue Stevens

Clinic for Bleeding Disorders
601-984-2710

July 1, 2016 (3:11 p.m.)
Email from Kathryn S. Stevens to Todd Dear, Gwendolyn F. Thompson
CC to Rachel Henderson



| | |
|---|---|
| **From:** | Kathryn S. Stevens |
| **Sent:** | Friday, July 1, 2016 3:16 PM |
| **To:** | Todd Dear; Gwendolyn F. Thompson; jordan robinson |
| **Cc:** | Rachel L. Henderson |
| **Subject:** | Peds list |
| **Attachments:** | PEDS BD PT.xlsx |

Oops!! Forgot to attach the list!! Sorry

Sue Stevens

Clinic for Bleeding Disorders
601-984-2710

July 1, 2016 (3:16 p.m.)
Email from Kathryn S. Stevens to Todd Dear, Jordan Robinson,
Gwendolyn F. Thompson
CC to Rachel Henderson

