**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:19-CV-00459-CWR-LGI |
| SPENCER K. SULLIVAN, M.D.; MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C., LINNEA MCMILLAN; KATHRYN SUE STEVENS, and RACHEL HENDERSON HARRIS | DEFENDANTS |

**UMMC'S MOTION FOR DEFAULT JUDGMENT
BASED ON PERJURY, SPOLIATION, AND CONCEALMENT OF EVIDENCE**

Plaintiff University of Mississippi Medical Center ("UMMC") submits this motion for default judgment based on perjury, spoliation, and concealment of evidence against Mississippi Center for Advanced Medicine, P.C., Dr. Spencer Sullivan, Linnea McMillan, R.N., and Kathryn Sue Stevens, R.N.

1. This motion requests the entry of the case terminating sanction of default judgment, a severe sanction within the inherent authority of the Court. This sanction is warranted and necessary based on the evidence and applicable law.

2. UMMC incorporates its supporting memorandum which is filed simultaneously with this motion, and also the following exhibits:

| | |
|---|---|
| Exhibit 1 | January 20, 2016 email where Dr. Sullivan requested and obtained confidential pharmacy data (financial data redacted); UMMC_SSullivan_055326-055327; |
| Exhibit 2 | January 21, 2016 email from Dr. Sullivan to Susan Pinkston; UMMC_SSullivan_055571; |
| Exhibit 3 | MCAM corporate records; UMMC-000408-425; |
| Exhibit 4 | MCAM's June 25, 2016 business plan; UMMC-000805-809; |

1

| | |
|---|---|
| Exhibit 5 | June 15, 2016 and June 16, 2016 emails from Dr. Sullivan to Stevens, McMillan, Henderson (Harris), and himself with instructions to prepare the UMMC Patient List (patient information redacted); UMMC_SSullivan_072904-072905; |
| Exhibit 6 | July 1, 2016 email from Henderson (Harris) to Stevens attaching the completed UMMC Patient List (patient information redacted); UMMC_RHenderson_008158-008159; |
| Exhibit 7 | MCAM's 2016 financial statement and excerpt from Dr. Sullivan's 2016 personal tax return; HR-MCAM-000036-37, 000109, 000121-000123; |
| Exhibit 8 | February 7, 2017 preservation letter from UMMC to Dr. Sullivan; UMMC-006143-0006145; |
| Exhibit 9 | UMMC's July 14, 2017 state court Complaint (exhibits excluded); |
| Exhibit 10 | Dr. Sullivan's and MCAM's August 14, 2017 Answer to UMMC's state court Complaint; |
| Exhibit 11 | UMMC's November 20, 2017 motion for leave to file its First Amended Complaint in the state court action with proposed First Amended Complaint; |
| Exhibit 12 | Dr. Sullivan's September 14, 2018 Answer to UMMC's First Amended Complaint; |
| Exhibit 13 | MCAM's September 14, 2018 Answer to UMMC's First Amended Complaint; |
| Exhibit 14 | Dr. Sullivan's 2017 anonymous letters to the Clarion Ledger; Sull-001251-001254; |
| Exhibit 15 | June 4, 2018 Clarion Ledger article "Unhappy UMMC pediatricians form subspecialty practice, lawsuits ensue."; |
| Exhibit 16 | July 2, 2018 Affidavit for Transfer of Document by Aubrey McMillan (patient information redacted); UMMC-000779-000785; |
| Exhibit 17 | Excerpts from Linnea McMillan's January 24, 2019 deposition; |
| Exhibit 18 | Excerpts from Sue Stevens' January 25, 2019 deposition; |
| Exhibit 19 | Excerpts from Rachel Henderson Harris' February 25, 2019 deposition; |

| | |
|---|---|
| Exhibit 20 | Dr. Sullivan's August 23, 2019 responses to UMMC's second set of requests for admission; |
| Exhibit 21 | Dr. Sullivan's September 9, 2019 responses to UMMC's third set of requests for production; |
| Exhibit 22 | MCAM's September 9, 2019 responses to UMMC's third set of requests for production; |
| Exhibit 23 | Defendants' February 10, 2020 responses to UMMC's first set of requests for production; |
| Exhibit 24 | February 11, 2020 email from Matt Allen to Robert Greenlee regarding Defendants' responses to UMMC's requests for production; |
| Exhibit 25 | Rachel Harris' March 2, 2020 supplemental responses to UMMC's first set of requests for production; |
| Exhibit 26 | Excerpts from text messages produced by Rachel Harris; |
| Exhibit 27 | Rachel Harris' April 8, 2020 responses to UMMC's requests for admission; |
| Exhibit 28 | Excerpts from Linnea McMillan's June 11, 2020 deposition transcript; |
| Exhibit 29 | Excerpts from Sue Stevens' June 9, 2020 deposition transcript; |
| Exhibit 30 | Photo taken by Sue Stevens on July 1, 2016 which shows the UMMC Patient List (patient information redacted); UMMC 27500; |
| Exhibit 31 | Dr. Sullivan's May 12, 2020 supplemental responses to UMMC's third set of requests for production; |
| Exhibit 32 | MCAM's May 12, 2020 supplemental responses to UMMC's second set of requests for production; |
| Exhibit 33 | Dr. Sullivan's July 29, 2020 responses to UMMC's second set of interrogatories; |
| Exhibit 34 | Documents showing Dr. Sullivan's use of the stolen emails; MCAM 70296, 70297, 150747, 11565 (patient information redacted); |
| Exhibit 35 | Dr. Sullivan's July 22, 2017 text to Jordan Robinson; MCAM 78589; and |
| Exhibit 36 | Excerpts from deposition of Jordan Robinson. |

3

WHEREFORE PREMISES CONSIDERED, UMMC respectfully requests the following relief:

(a) The entry of a default judgment as to liability against Mississippi Center for Advanced Medicine, P.C., Dr. Spencer Sullivan, Linnea McMillan, and Kathryn Sue Stevens, jointly and severally; and

(b) Awarding UMMC its attorney's fees and costs incurred in relation to Defendants' perjury, spoliation, and concealment of evidence; and

(c) Scheduling this matter for a hearing on damages; and

(d) Any other such alternative relief, both general and specific, which this Court deems just and proper.

University of Mississippi Medical Center

By: */s/ Robert V. Greenlee*
Robert V. Greenlee, MSB No. 100638

Counsel for UMMC:

Robert V. Greenlee, MSB No. 100638
Robert V. Greenlee, Attorney At Law, P.A.
660 Lakeland East, Suite 200
Flowood, Mississippi 39232
Telephone: (601) 863-8221
Facsimile: (601) 863-8231
Email: robert@whitfieldlaw.org

Phil B. Abernethy, MSB 1023
Robert M. Frey, MSB 5531
Benjamin M. Watson, MSB 100078
Caroline B. Smith, MSB 105501
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
Email: phil.abernethy@butlersnow.com
bob.frey@butlersnow.com
ben.watson@butlersnow.com

caroline.smith@butlersnow.com

## **Certificate of Service**

I do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This 12th day of March, 2021.

/s/ *Robert V. Greenlee*
Robert V. Greenlee, MSB No. 100638

57969940.v1