# Exhibit 35

Rumor has it mary taylor will become permanent chair

Rumor has it they want to quickly name her as chair to give an impression of stability to their donors

Ahh, yeah that actually makes sense

She called jarrod into her office and offered him chief of critical care

Got it, what'd he say?

He said he needed to think about it, but he's still planning on joining MCAM

Interesting, it almost forces immediate action from him - either accept it, leave or come up with a rationale for staying but not accepting

7/22/17, 4:36 PM

I spoke with patricia. She seems nice. We'll have lunch with her and Ray when he returns from Puerto Rico

Okay

You ready to build a division of allergy, immunology, and ASTHMA?!!!

Haha oh yeah!!

Our payers are focused on asthma, diabetes, and sickle cell. Let's help them help us!

Hahaha...I bet we can easily obtain some asthma ED/unnecessary hospitalization/cost statistics...I'll work on that this week, Ray will be their dream come true

We are going to win, win, win. I'm having so much fun i almost feel guilty

7/22/17, 8:15 PM



7/24/17, 1:43 PM

Veda.vcf

7/26/17, 9:45 AM

Don't forget your Baptist video at 11 at the Belhaven! Suite 450 not 470

Dang it. Ok

Nina said it only took 15 min

**EXHIBIT 35**