**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**THE UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER**                                                      **PLAINTIFF**

**VS.**                                              **CAUSE NO. 3:19-cv-00459-CWR-LGI**

**SPENCER K. SULLIVAN, M.D.;
MISSISSIPPI CENTER FOR
ADVANCED MEDICINE, P.C.;
LINNEA MCMILLAN; and,
KATHRYN SUE STEVENS**                                                **DEFENDANTS**

**<u>NOTICE TO TAKE DEPOSITION OF DR. LOUANN H. WOODWARD</u>**

You are hereby notified that Defendant Mississippi Center for Advanced Medicine, P.C.,

through undersigned counsel, will take the stenographic deposition of the following person,

pursuant to the Federal Rules of Civil Procedure, upon oral examination before a duly authorized

court reporter on the date and time and at the location indicated:

NAME OF DEPONENT:      Dr. LouAnn H. Woodward

DATE and TIME:      Monday, April 26, 2021 beginning at 9:00 a.m.

LOCATION:      Butler Snow
      Renaissance at Colony Park
      1020 Highland Colony Parkway, Suite 1400
      Ridgeland, MS 39157

This deposition is being taken for all purposes as authorized by the Federal Rules of Civil

Procedure.  All counsel of record are invited to attend and participate as they deem fit.

Dated this the 23rd day of March, 2021.

        **MISSISSIPPI CENTER FOR ADVANCED
        MEDICINE, P.C.**

        By: _/s/Sheldon G. Alston_
              Sheldon G. Alston

1

OF COUNSEL:

Melvin V. Priester, Jr., Esq. (MSB No. 102855)
mpriester@priesterlawfirm.com
E. Charlene Stimley Priester, Esq. (MSB No. 4508)
ecpriester@priesterlawfirm.com
PRIESTER LAW FIRM, PLLC
5375 Executive Place
Jackson, Mississippi 39206
Telephone: (601) 353-2460
Facsimile: (601) 353-2074

and

Samuel C. Kelly (Miss. Bar No. 7496)
skelly@brunini.com
Sheldon G. Alston (Miss. Bar No. 9784)
salston@brunini.com
Matthew W. Allen (Miss. Bar No. 101605)
mwallen@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902

***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I, Sheldon G. Alston, do hereby certify that I electronically filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated: March 23, 2021.

/s/Sheldon G. Alston
Sheldon G. Alston