IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THE UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER                                                                    PLAINTIFF

VS.                                                        CAUSE NO. 3:19-cv-00459-CWR-LGI

SPENCER K. SULLIVAN, M.D.;
MISSISSIPPI CENTER FOR
ADVANCED MEDICINE, P.C.;
LINNEA MCMILLAN; and,
KATHRYN SUE STEVENS                                                              DEFENDANTS

_____

**DEFENDANTS' RESPONSE IN OPPOSITION TO UMMC'S
MOTION FOR DEFAULT JUDGMENT**

_____

Defendants Dr. Spencer Sullivan ("Sullivan"), Linnea McMillan ("McMillan"), Kathryn

Sue Stevens ("Stevens"), and the Mississippi Center for Advanced Medicine ("MCAM") oppose

UMMC's Motion for Default Judgment Based on Perjury, Spoliation, and Concealment of

Evidence. (Doc. 180). Default judgment is not warranted against any of these four Defendants.

Although the responses for these individual Defendants vary with facts applicable to each, an

overarching response that is applicable to all four is that the conduct about which UMMC

complains of occurred primarily in the state court action, and state court is the forum in which

UMMC should seek sanctions for conduct in state court. Additionally, the complained of conduct

that did occur this federal action does not warrant default judgment, and even if the Court did

consider the complained of conduct that occurred in the state court forum in combination with the

complained of conduct in the federal forum, default judgment still would not be warranted.

03864872

Defendants rely on the arguments and authorities set forth in their accompanying Brief in Support of their Response to UMMC's Motion for Default Judgment, as well as the following exhibits:

- Exhibit A to Response (McMillan's State Court Testimony Relevant to Response)

- Exhibit B (Stevens's State Court Testimony Relevant to Response)

- Exhibit C (Harris's State Court Testimony Relevant to Response)

- Exhibit D (Defendants' Responses to UMMC's first set of requests for production in Federal Court)

- Exhibit E (McMillan's Federal Court Testimony Relevant to Response)

- Exhibit F (Stevens's Federal Court Testimony Relevant to Response)

- Exhibit G (MCAM's Responses to Second Set of Requests for Production in State Court)

- Exhibit H (MCAM's Supplemental Responses to Second Set of Requests for Production in State Court)

- Exhibit I (Dr. Sullivan's Responses to Requests for Admissions in State Court).

- Exhibit J (Dr. Sullivan's Supplemental Responses to Requests for Admission in State Court).

- Exhibit K (Todd Dear's Deposition) (122:4-5).

- Exhibit L (Dr. Sullivan's Responses to Requests for Production in State Court)

- Exhibits M to Response (Dr. Sullivan's Supplemental Responses to Requests for Production in State Court).

- Exhibit N to Response (Dr. Sullivan's Responses to Second Set of Interrogatories in Federal Court).

- Exhibit O to Response (Xanax Text; Rachel Harris Production - 001386).

ACCORDINGLY, Defendants respectfully request the Court to deny UMMC's Motion for Default Judgment. Defendants additionally request any other relief the Court deems appropriate.

Dated:  April 9, 2021.

Respectfully submitted,

**MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C., SPENCER K. SULLIVAN, M.D., LINNEA MCMILLAN; and, KATHRYN SUE STEVENS**

By: */s/ Matthew W. Allen*
        Matthew W. Allen

OF COUNSEL:

Melvin V. Priester, Jr., Esq. (MSB No. 102855)
mpriester@priesterlawfirm.com
E. Charlene Stimley Priester, Esq. (MSB No. 4508)
ecpriester@priesterlawfirm.com
PRIESTER LAW FIRM, PLLC
5375 Executive Place
Jackson, Mississippi 39206
Telephone: (601) 353-2460
Facsimile: (601) 353-2074

and

Samuel C. Kelly (Miss. Bar No. 7496)
skelly@brunini.com
Sheldon G. Alston (Miss. Bar No. 9784)
salston@brunini.com
Matthew W. Allen (Miss. Bar No. 101605)
mwallen@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902

***ATTORNEYS FOR DEFENDANTS***

## <u>CERTIFICATE OF SERVICE</u>

  I, Matthew W. Allen, do hereby certify that I electronically filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

  Dated: April 9, 2021.

*/s/ Matthew W. Allen*
Matthew W. Allen
