# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SPENCER K. SULLIVAN, M.D.; )<br>MISSISSIPPI CENTER FOR ADVANCED )<br>MEDICINE, P.C.; LINNEA MCMILLAN; )<br>KATHRYN SUE STEVENS; and RACHEL )<br>HENDERSON HARRIS )<br>)<br>Defendants. ) | No. 3:19-cv-00459-CWR-LGI |

_____

## SPENCER K. SULLIVAN, M.D.'S MOTION TO SET ASIDE THE DEFAULT JUDGMENT
_____

Defendant Spencer K. Sullivan, M.D. ("Sullivan") submits this motion to set aside the default judgment against him.

1. This motion asks the Court to set aside the default judgment against Dr. Sullivan for good cause. *See* Docket No. 273. More specifically, good cause exists because: (1) Dr. Sullivan was not afforded due process to respond to the misconduct allegations against him which UMMC first asserted in its supplemental briefing; (2) he has meritorious defenses; (3) UMMC will suffer no prejudice from setting aside the default judgment; (4) Dr. Sullivan did not willfully delay the judicial process; and (5) the financial significance of this default judgment to Dr. Sullivan and the public interest support setting it aside.

2. Dr. Sullivan incorporates his supporting memorandum filed simultaneously with this motion and the following exhibits:

| | |
|---|---|
| Exhibit A | Dr. Sullivan's April 14 & 15, 2021 deposition, condensed. |
| Exhibit B | Dr. Sullivan's August 11, 2021 deposition, condensed. |
| Exhibit C | Defendant Spencer K. Sullivan's Second Supplemental Responses to UMMC's First Set of Requests for Production of Documents (May 28, 2021). |
| Exhibit D | Defendant Spencer K. Sullivan's Supplemental Responses to UMMC's First Set of Requests for Admission to Defendant Spencer K. Sullivan, M.D. (May 28, 2021). |
| Exhibit E | Defendant Spencer K. Sullivan's Supplemental Response to UMMC's Sixth Set of Requests for Production of Documents (May 28, 2021). |
| Exhibit F | The February 2, 2021 expert report of James A. Koerber, prepared at the request of the University of Mississippi Medical Center ("UMMC"). |
| Exhibit G | Koerber's July 9, 2021 deposition, condensed. |
| Exhibit H | Collected Exhibits (Affidavits of 46 "Alleged Unjust Enrichment Patients," numbered 1–46). |
| Exhibit I | Todd Dear's December 18, 2019 deposition, condensed. |
| Exhibit J | Dr. Sullivan's November 2, 2021 declaration. |
| Exhibit K | Jordan Robinson's November 2, 2021 declaration. |

For the foregoing reasons, Sullivan respectfully requests the following relief:

(a) The setting aside of the default judgment as to liability against him; and

(b) Any additional relief this Court deems appropriate.

Respectfully submitted,

*s/ E. Charlene Stimley Priester*
E. Charlene Stimley Priester, Esq. (MSB No. 4508)
ecpriester@priesterlawfirm.com
Melvin V. Priester, Jr., Esq. (MSB No. 102855)
mpriester@priesterlawfirm.com
PRIESTER LAW FIRM, PLLC
5375 Executive Place
Jackson, Mississippi 39206
Telephone: (601) 353-2460
Facsimile: (601) 353-2074

Samuel C. Kelly (Miss. Bar No. 7496)
skelly@brunini.com
Sheldon G. Alston (Miss. Bar No. 9784)
salston@brunini.com
Matthew W. Allen (Miss. Bar No. 101605)
mwallen@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone: (601) 948-3101
Telecopier: (601) 960-6902

and

E. Todd Presnell (*Pro Hac Vice Admission*)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
Fax: (615) 252-6380
tpresnell@bradley.com

***ATTORNEYS FOR DEFENDANTS***

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

      Dated: November 2 2021.

      */s/ E. Charlene Stimley Priester*