IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 3:19-CV-00459-CWR-LGI** |
| **SPENCER K. SULLIVAN, M.D.; MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C., LINNEA MCMILLAN; and KATHRYN SUE STEVENS** | **DEFENDANTS** |

## AGREED FINAL JUDGMENT

THIS DAY this cause came on for hearing upon the joint Motion *ore tenus* of all parties, as evidenced by the signatures of counsel of record for all parties below, moving this Court to enter this Agreed Final Judgment pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, the parties' mutual settlement agreement (the "Agreed Settlement Terms"), [ECF 441], and the Settlement Agreement and Release [ECF 445], and the Court, having considered the same, finds the Motion to be well-taken and hereby approves the same as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT judgment be, and is hereby directed to be, entered in favor of The University of Mississippi Medical Center and against both Spencer K. Sullivan, M.D. and Mississippi Center for Advanced Medicine, P.C., jointly and severally, in the amount of Twenty-Eight Million Three Hundred Twenty-Three Thousand Three Hundred Thirty-Six and No/100 Dollars ($28,323,336.00).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Agreed Final Judgment incorporates by reference, and does hereby incorporate by reference, all of the terms set forth in the Agreed Settlement Terms document which appears on the Docket of this Court as

04576646

1

Docket Entry No. 441 [ECF 441] and the Settlement Agreement and Release which appears on the Docket of this Court as Docket Entry No. 445 [ECF 445].

IT IS FURTHER ORDERED ADJUDGED AND DECREED that this Judgment bear post-judgment interest pursuant to 28 U.S.C. § 1961.  Such post-judgment interest does not begin or accrue until the Agreed Settlement Terms, Docket Entry No. 441 [ECF 441], or the Settlement Agreement and Release, Docket Entry No. 445 [ECF 445] is breached.

SO ORDERED, ADJUDGED AND DECREED this  10th  day of December , 2024.

_____
UNITED STATES DISTRICT COURT JUDGE


*/s/ Robert V. Greenlee*
Phil B. Abernethy, MSB 1023
Paul N. Davis, MSB 8638
Orlando R. Richmond, Sr., MSB 9885
Benjamin M. Watson, MSB 100078
Robert V. Greenlee, MSB 100638
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 948-5711
Facsimile:  (601) 985-4500
phil.abernethy@butlersnow.com
paul.davis@butlersnow.com
orlando.richmond@butlersnow.com
ben.watson@butlersnow.com
robert.greenlee@butlersnow.com

Katelyn R. Ashton (admitted *pro hac vice*)
BUTLER SNOW LLP
6075 Poplar Ave
Suite 500
Memphis, TN 38119
(901) 680-7259 (Telephone)
(901) 680-7201 (Fax)
katelyn.ashton@butlersnow.com

**ATTORNEYS FOR THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**

*/s/ Eric Todd Presnell*
Eric Todd Presnell (admitted *pro hac vice*)
tpresnell@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 252-2355
Facsimile: (615) 252-6355

*/s/ Melvin V. Priester, Jr.*
Melvin V. Priester, Jr., Esq. (MSB No. 102855)
mpriester@priesterlawfirm.com
E. Charlene Stimley Priester, Esq. (MSB No. 4508)
ecpriester@priesterlawfirm.com
PRIESTER LAW FIRM, PLLC
5375 Executive Place
Jackson, Mississippi 39206
Telephone: (601) 353-2460
Facsimile: (601) 353-2074

*Sheldon G. Alston*
Samuel C. Kelly (Miss. Bar No. 7496)
skelly@brunini.com
Sheldon G. Alston (Miss. Bar No. 9784)
salston@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone: (601) 948-3101
Telecopier: (601) 960-6902

**ATTORNEYS FOR SPENCER SULLIVAN, M.D., MISSISSIPPI CENTER FOR ADVANCED MEDICINE, P.C., LINNEA MCMILLAN AND KATHRYN SUE STEVENS**